UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2022

Tammy Raul,

          Plaintiff,

–v–

Investors Bancorp., et al.,

          Defendants.

21-cv-8630 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to this Court's Order, Plaintiff was to submit a status letter on or before February 9, 2022. Dkt. No. 6. The Court is not in receipt of the status letter. The hereby ORDERS Plaintiff to submit a status letter in accordance with Dkt. No. 6 on or before **March 2, 2022**. Plaintiff is advised a final time that failure to respond will result in dismissal for failure to prosecute.

    SO ORDERED.

Dated: February 22, 2022
       New York, New York

                                      ALISON J. NATHAN
                                    United States District Judge